RECEIVED
CHARLOTTE, N. C.
JUN 28 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

FILED
ASHEVILLE, N. C.
JUL - 5 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br> )<br>v. )<br> )<br>SHARON C. SLAUGHTER, )<br>Defendant, )<br> )<br>and )<br> )<br>CALHOUN MANAGEMENT CORP., )<br>Garnishee. )<br>_____ ) | CASE NO. 2:95CR125/001<br>(Financial Litigation Unit) |

## ORDER OF CONTINUING GARNISHMENT

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee has filed an Answer to the writ stating that at the time of the service of the writ, they had in their custody, control or possession property or funds owned by the debtor, including non-exempt, disposable earnings.

The plaintiff is entitled to a wage garnishment of 25% of the defendant's net income and has satisfied the prerequisites. *See* 15 U.S.C. §1673.

IT IS ORDERED that the garnishee pay the plaintiff 25% of the defendant's net earnings which remain after all deductions required by law have been withheld and 100% of all 1099 payments and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to the

United States Clerk of Court, 401 West Trade Street, Charlotte, NC 28202.

In order to ensure that each payment is credited properly, please include the following information on each check: Court Number 2:95CR125, District Number: 058.

This 5th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that on the 28th day of June, 2005 the foregoing proposed Order of Continuing Garnishment was served upon the parties listed below by mailing a copy thereof, postage prepaid and properly addressed as follows:

Sharon C. Slaughter
P.O. Box 782
Robbinsville, NC 28771

Calhoun Management Corp.
P.O. Box 1774
Clemson, SC 29631

_____
Patricia E. Gard
Financial Litigation Unit