THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 2:95-cr-00125-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SHARON C. SLAUGHTER, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>CALHOUN MANAGEMENT )<br>CORPORATION, )<br>)<br>Garnishee. )<br>_____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Government's Motion for Dismissal of Order of Continuing Garnishment [Doc. 19].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Dismissal [Doc. 19] is **GRANTED**, and the Order of Continuing Garnishment filed in this case against the Defendant Sharon C. Slaughter is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge